UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JAMES JOSEPH, | No. 2:14-cv-0414 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| T. PARCIASEPE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days with responses filed within fourteen days thereafter. ECF No. 14. Plaintiff has filed objections to the findings and recommendations. ECF No. 15. Defendants have not responded.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 23, 2015 (ECF No. 14), are adopted in full; and

2. Counts I and II are dismissed in part, as set forth in Section III of the findings and recommendations, without leave to amend.

3. Count III and defendant Knipp are dismissed in their entirety without leave to amend.

4. Defendant Parciasepe is ordered to respond to Counts I and II of the second amended complaint, as set forth in Section IV of the findings and recommendations, within thirty days from the filing of this order.

Dated: August 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge