UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JAMES JOSEPH, | No. 2:14-cv-0414 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| T. PARCIASEPE, et al., | |
| Defendants. | |

Plaintiff has filed a request for entry of default pursuant to Federal Rule of Civil Procedure 55(a). He alleges that defendant has not complied with the order filed August 14, 2015, in which defendant was ordered respond to the complaint within thirty days (ECF No. 18). ECF No. 20. Defendant's response to the complaint was due by September 14, 2015.[1] Defendant timely answered the complaint on September 11, 2015. ECF No. 19.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for entry of default (ECF No. 20) is denied.

DATED: September 23, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Thirty days from the filing of the order was September 13, 2015, which fell on a Sunday. See Fed. R. Civ. P. 6(a)(1)(C).